**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF JULY 28, 2015**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
-----------------------------------------------------------------

| | |
|---|---|
| WD77414 | John Sims vs. Sue Joel, Individually and Sue Joel, Personal Representative for The Estate of Ian Joel, Deceased |
| WD77458 | Sue Joel vs. Department of Revenue |
| WD77482 | Duane Beard Jr. vs. State of Missouri |
| WD77520 | Adam Wayne Marsh vs. State of Missouri |
| WD77551 | Roy D. Andrews vs. State of Missouri |
| WD77592 | Willie Copher vs. Larry Denney, et al |
| WD77768 | Carlos Sarmiento vs. State of Missouri |
| WD77822 | Freddie C. Russell vs. State of Missouri |
| WD77836 | Robert Rother vs. State of Missouri |
| WD77844 | Carlos Henderson vs. State of Missouri |
| WD78283 | Michael Lee Swain vs. Missouri Department of Corrections |
| WD78388 | Clyde Ham vs. Division of Employment Security |


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
-----------------------------------------------------------------

| | |
|---|---|
| WD77393 | State of Missouri vs. Michael D. Holiway |